UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK WILEY,<br><br>                    Plaintiff,<br><br>         v.<br><br>R. MASTERSON, et al.,<br><br>                    Defendants. | No.  2:20-cv-1738 KJM CKD P<br><br><br><br>ORDER |

   Plaintiff has filed a motion for a certificate of appealability.  As there is no requirement that plaintiff obtain a certificate of appealability in order to appeal final judgment in this action, his motion (ECF No. 15) is denied.

Dated: June 16, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

wile1738.coa